# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF
AMERICA,

      Plaintiff,

v.

JOSEPH KOWALCZYK,

      Defendant.

_____/

Case: 2:21−cr−20638
Assigned To : Cox, Sean F.
Referral Judge: Grey, Jonathan J.C.
Assign. Date : 10/13/2021
Description: INFO USA V. KOWALCZYK (NA)

**Violation**:
18 U.S.C. § 875(c)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 875(c)
### INTERSTATE COMMUNICATIONS WITH A THREAT TO INJURE

On or about May 10, 2020, in the Eastern District of Michigan, the defendant, JOSEPH KOWALCZYK, knowingly and willfully did transmit in interstate and foreign commerce from the State of Michigan to Washington, District of Columbia, a communication to the FBI's Office of Public Affairs, and the communication contained a threat to injure others, specifically, the defendant used Twitter to communicate to the

1

FBI that "uk what I'm done joking this is a serious threat I have 10 bombs ready to go off rn in my basement with 5 guns that are illegal own come get me you guys have til 8 before I make this city my own little hell #forwaco"; all in violation of 18 U.S.C. § 875(c).

## **FORFEITURE ALLEGATIONS**

(18 U.S.C. § 981 and 28 U.S.C. § 2461)

The allegations contained in Count One of this Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981 together with 28 U.S.C. § 2461.

As a result of the foregoing violation of 18 U.S.C. § 875(c), as charged in Count One of this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violation of the offense.

SAIMA S. MOHSIN
Acting United States Attorney

*/s Benjamin C. Coats*
Benjamin C. Coats
Assistant United States Attorney
Chief, Major Crimes Unit
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9734
benjamin.coats@usdoj.gov

*/s Alyse Wu*
Alyse Wu
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9589
alyse.wu@usdoj.gov

Dated: October 13, 2021

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>2:21−cr−20638 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

**Case Title:** USA v.   Joseph Kowalczyk

**County where offense occurred :**  Wayne County

**Check One:**   ☒ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/__✓__Information --- based upon prior complaint [**Case number:** 20-MJ-30172          ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

| October 13, 2021 | s/ Alyse Wu |
|---|---|
| Date | Alyse Wu |
|  | Assistant U.S. Attorney |
|  | 211 West Fort Street, Suite 2001 |
|  | Detroit, Michigan 48226, 313-226-9589 |

Fax:    313-226-3265
E-Mail address: Alyse.Wu@usdoj.gov
Attorney Bar #:  Illinois No:  6307357

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.