UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                         Case No. 2:21-cr-20638-SFC-JJCG
                                                 Hon. Sean F. Cox

Joseph Kowalczyk,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Joseph Kowalczyk

The defendant(s) shall appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 817, Detroit, Michigan, for the following proceeding(s):

- BOND HEARING: March 11, 2022 at 11:00 AM

**ADDITIONAL INFORMATION:** MASKS ARE REQUIRED

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                      By: s/J. McCoy
                                                                             Case Manager

Dated: March 2, 2022