UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                     Case No. 21-20638

Joseph Kowalczyk,                Honorable Sean F. Cox

    Defendant.
_____/

## **ORDER TEMPORARILY DETAINING DEFENDANT**

In this Criminal Case, Defendant Joseph Kowalczyk ("Defendant") is charged with one count of interstate communications with a threat to injure, in violation of 18 U.S.C. § 875(c).

The matter is currently before Court on the Pretrial Services Officer's Petition for Action on Conditions of Pretrial Release. (ECF No. 28). A bond review hearing was held on March 9, 2022 and continued on March 11, 2022. A continuation of the bond review hearing is scheduled for **Wednesday, March 23, 2022 at 2pm.**

Under 18 U.S.C. § 3142(d), the Court may temporarily detain a defendant, if the Court determines that:

(1) such person –

    (A) is, and was at the time of the offense was committed on –

    (i) release pending trial for a felony under Federal, State, or local law;

    . . . and

(2) such person may flee or pose a danger to any other person or the community[.]

1

Based upon the record so far, the Court finds that if Defendant is released, he may pose a danger to another person or the community. Therefore, the Court **ORDERS** that Defendant is to be detained until the continuation of the bond hearing on **Wednesday, March 23, at 2pm**.

Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time and date set forth above.

**IT IS SO ORDERED.**

Dated: March 11, 2022               s/Sean F. Cox
                                    Sean F. Cox
                                    U. S. District Judge