| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 6982083 | **DATE** 02/12/2024 |
|---|---|---|---|---|---|
| **NAME** KOWALCZYK, Joseph | | **OFFICER** Sarah A. Reinkensmeyer | | **JUDGE** Sean F. Cox | **DOCKET #** 21-CR-20638-01 |

| ORIGINAL SENTENCE DATE 08/19/2022 COMMENCED 08/19/2022 EXPIRATION 08/18/2024 | SUPERVISION TYPE Probation | CRIMINAL HISTORY CATEGORY I | TOTAL OFFENSE LEVEL VI | PHOTO |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY** Alyse Wu | | **DEFENDANT ATTORNEY** To Be Determined. | | |

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count One: 18 U.S.C. § 875C - Interstate Communications - Threats

**SENTENCE DISPOSITION**

Probation for a term of 24 months.

**ORIGINAL SPECIAL CONDITIONS**

1. You must make monthly installment payments on any remaining balance of the special assessment at a rate and schedule recommended by the probation department and approved by the Court.
2. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must not use or possess alcohol in any consumable form, nor shall you be in the social company of any person whom you know to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.
4. You must participate in a substance abuse treatment program and follow the rules and regulations of that program, which may include testing. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
5. You must take all mental health medications that are prescribed by your treating physician.
6. You must submit to substance abuse testing to determine if you have used a prohibited substance.

Criminal Monetary Penalty:  Special Assessment $100.00 (Paid)

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | PACTS 6982083 | DATE 02/12/2024 |
|---|---|---|---|---|
| **NAME** KOWALCZYK, Joseph | **OFFICER** Sarah A. Reinkensmeyer | **JUDGE** Sean F. Cox | **DOCKET #** 21-CR-20638-01 | |

The probation officer believes that the offender has violated the following conditions of Probation:

[ X ] New Criminal Charges        [ X ] Violent Conduct

[  ] Whereabouts Unknown (Absconder)        [  ] Other

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.<br><br>On February 12, 2024, information was received from the Federal Bureau of Investigations (FBI) regarding JOSEPH KOWALCZYK. On February 8, 2024, the FBI National Threat Operations Center received an online tip regarding threatening posts on Snapchat by username, Kamikaze9112021, who allegedly posted videos showing how to build explosives, encouraging others to commit attacks, and threatened to attack mental health hospitals and schools in the State of Michigan. The videos included KOWALCZYK saying he did not blame school shooters and that they should all get together and shoot up schools on the same day and time because the government could not handle it all at once. He went on to say that they needed to aim for higher kill rates. He stated he had a plan to change the world and could not say what it was, just that he needed to get materials first. He planned on targeting mental health facilities first and if that did not work, his next plan was to overthrow the government. He stated he needs help with his plan or at least needs people to spread the message. He stated he does not care if he dies, but the least he could do is die while trying to make the world a better place.<br><br>This matter remains under the investigation of the Federal Bureau of Investigations with the possibility of new formal charges. |
| 2 | **Violation of Special Condition:** YOU MUST PARTICIPATE IN MENTAL HEALTH TREATMENT AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER IN CONSULTATION WITH THE TREATMENT PROVIDER, WILL SUPERVISE, YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.).<br><br>KOWALCZYK is not compliant with mental health treatment. He was previously receiving treatment services at the Hope Network in Mount Clemens, Michigan. On December 11, 2023, he reported to the probation office and noted that he stopped attending treatment because he had full control of his mental health. Additionally, he claimed he stopped taking psychotropic medications over a year ago because he did not like the way it made him feel. In December of 2023, KOWALCZYK was referred to Shanle Psychological Services (Grosse Pointe Park, Michigan) for a mental health evaluation. He missed two consecutive appointments and is scheduled for third appointment on February 21, 2024. |

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | PACTS 6982083 | DATE 02/12/2024 |
|---|---|---|---|---|
| **NAME** KOWALCZYK, Joseph | **OFFICER** Sarah A. Reinkensmeyer | **JUDGE** Sean F. Cox | **DOCKET #** 21-CR-20638-01 | |

| | |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. **SENIOR PROBATION OFFICER** s/Sarah A. Reinkensmeyer/mt 313-234-5443 | **DISTRIBUTION** Court |
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas 313-234-5272 | **PROBATION ROUTING** Data Entry |

**RECOMMENDING TO THE COURT**

[ X ]   To issue a warrant

## Superseding Violation Report will follow

**THE COURT ORDERS:**

[ X ]   The issuance of a Warrant

[  ]   Other

s/Laurie J. Michelson
Presiding Judge, Acting in the absence of U.S. District Chief Judge Cox

2/12/2024
Date

Page **3** of 3