| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT | | U. S. Probation Office Eastern District of Michigan | PACTS 6982083 | DATE 02/20/2024 |
|---|---|---|---|---|---|
| **NAME** KOWALCZYK, Joseph | | **OFFICER** Sarah Reinkensmeyer | | **JUDGE** Sean F. Cox | **DOCKET #** 21-CR-20638-01 |
| **ORIGINAL SENTENCE DATE** 08/19/2022 | **SUPERVISION TYPE** Probation | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** VI | **PHOTO** | |
| **COMMENCED** 08/19/2022 | | | | | |
| **EXPIRATION** 08/18/2024 | | | | | |
| **ASST. U.S. ATTORNEY** Alyse Wu | | **DEFENSE ATTORNEY** Jerome Gerometta | | | |

| REPORT PURPOSE |
|---|
| **AMENDMENT TO THE EMERGENCY WARRANT SIGNED ON FEBRUARY 12, 2024** <br><br> **(NOTE: ALL CHANGES ARE UNDERLINED)** |

| ORIGINAL OFFENSE |
|---|
| Count 1: 18 U.S.C. § 875(c), Interstate Communications with a Threat to Injure |

| SENTENCE DISPOSITION |
|---|
| Probation for a term of 24 months. |

**ORIGINAL SPECIAL CONDITIONS**

1. You must make monthly installment payments on any remaining balance of the special assessment at a rate and schedule recommended by the probation department and approved by the Court.
2. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must not use or possess alcohol in any consumable form, nor shall you be in the social company of any person whom you know to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.
4. You must participate in a substance abuse treatment program and follow the rules and regulations of that program, which may include testing. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 6982083 | DATE 02/20/2024 |
|---|---|---|---|---|
| NAME KOWALCZYK, Joseph | | OFFICER Sarah Reinkensmeyer | JUDGE Sean F. Cox | DOCKET # 21-CR-20638-01 |

5. You must take all mental health medications that are prescribed by your treating physician.
6. You must submit to substance abuse testing to determine if you have used a prohibited substance.

Criminal Monetary Penalty: Special Assessment $100.00 (paid)

The probation officer believes that the offender has violated the following condition(s) of Probation:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On February 12, 2024, information was received from the Federal Bureau of Investigations (FBI) regarding JOSEPH KOWALCZYK. On February 8, 2024, the FBI National Threat Operations Center received an online tip regarding threatening posts on Snapchat by username, Kamikaze9112021, who allegedly posted videos showing how to build explosives, encouraging others to commit attacks, and threatened to attack mental health hospitals and schools in the State of Michigan. The videos included KOWALCZYK saying he did not blame school shooters and that they should all get together and shoot up schools on the same day and time because the government could not handle it all at once. He went on to say that they needed to aim for higher kill rates. He stated he had a plan to change the world and could not say what it was, just that he needed to get materials first. He planned on targeting mental health facilities first and if that did not work, his next plan was to overthrow the government. He stated he needs help with his plan or at least needs people to spread the message. He stated he does not care if he dies, but the least he could do is die while trying to make the world a better place.<br><br>This matter remains under the investigation of the Federal Bureau of Investigations with the possibility of new formal charges. |
| 2 | **Violation of Special Condition**: "YOU MUST PARTICIPATE IN MENTAL HEALTH TREATMENT AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER IN CONSULTATION WITH THE TREATMENT PROVIDER, WILL SUPERVISE, YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.)."<br><br>KOWALCZYK is not compliant with mental health treatment. He was previously receiving treatment services at the Hope Network in Mount Clemens, Michigan. On December 11, 2023, he reported to the probation office and noted that he stopped attending treatment because he had full control of his mental health. Additionally, he claimed he stopped taking psychotropic medications over a year ago because he did not like the way it made him feel. In December of 2023, KOWALCZYK was referred to Shanle Psychological Services (Grosse Pointe Park, |

| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 6982083 | DATE 02/20/2024 |
|---|---|---|---|---|
| **NAME** KOWALCZYK, Joseph | | **OFFICER** Sarah Reinkensmeyer | **JUDGE** Sean F. Cox | **DOCKET #** 21-CR-20638-01 |

|   |   |
|---|---|
|   | Michigan) for a mental health evaluation. He missed two consecutive appointments and is scheduled for third appointment on February 21, 2024. |
|   | On February 19, 2024, documentation was received from the Hope Network in Mount Clemens, Michigan. KOWALCZYK started receiving mental health, psychiatric, and case management services with this agency in September of 2022 and was terminated on October 17, 2023, due to inactivity. |
|   | On December 21, 2023, KOWALCZYK was admitted to the Behavioral Center of Michigan (Warren, Michigan) after he reportedly informed a gas station attendant that he wanted to kill himself. On December 29, 2023, he was discharged from the Behavioral Center. He was provided with a psychiatric follow-up appointment with New Oakland Family Center on January 25, 2024, however, KOWALCZYK failed to attend this appointment. |
| 3 | **Violation of Standard Condition No. 13:** "YOU MUST FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER RELATED TO THE CONDITIONS OF SUPERVISION." |
|   | On December 11, 2023, KOWALCZYK was directed by the Probation Department to not have any contact with his ex-girlfriend or anyone who asked him to not contact them. Additionally, on December 12, 2023, this directive was reinforced when KOWALCZYK was again instructed to refrain from having any contact with his ex-girlfriend. |
|   | On February 19, 2024, the Probation Department received information from the Federal Bureau of Investigation that KOWALCZYK wrote a letter to his ex-girlfriend on December 16, 2023. Additionally, he sent her numerous text messages from December 30, 2023, through December 31, 2023. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Sarah Reinkensmeyer/slg 313-234-5443 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas 313 234-5272 | **PROBATION ROUTING** Data Entry |

| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 6982083 | DATE 02/20/2024 |
|---|---|---|---|---|
| **NAME** KOWALCZYK, Joseph | **OFFICER** Sarah Reinkensmeyer | **JUDGE** Sean F. Cox | | **DOCKET #** 21-CR-20638-01 |

**THE COURT ORDERS:**

[ X ]   Amendment to the Emergency Warrant signed on February 12, 2024.

[  ]    Other

s/Sean F. Cox
United States District Judge

2/20/2024
Date

Page **4** of **4**