UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,                                    Case No. 21-cr-20638

v.

                                              Hon. Sean F. Cox
JOSEPH KOWALCZYK,                  United States District Court Judge

    Defendant.
_____/

**ORDER OF DETENTION PENDING SENTENCING ON PROBATION VIOLATIONS**

    Defendant Joseph Kowalczyk pled guilty to violating the terms of his sentence of probation on March 20, 2024. (March 20, 2024, minute entry). The Court subsequently released Defendant pending sentencing and granted a bond with conditions. (ECF No. 64). Defendant's sentencing hearing remains pending, and the Court held a status conference and hearing on July 26, 2024. For the reasons stated on the record at that hearing, Defendant is detained pending sentencing.

    Accordingly, **IT IS ORDERED** that Defendant Joseph Kowalczyk is **DETAINED** pending sentencing on his probation violations.

    **IT IS SO ORDERED.**

Dated: July 26, 2024                          s/Sean F. Cox
                                                    Sean F. Cox
                                                    U. S. District Judge