| PROB 12C-2 (Rev. 08/18) | **AMENDED VIOLATION REPORT**<br>**PART I: PETITION FOR WARRANT** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>6982083 | DATE<br>01/23/2025 |
|---|---|---|---|---|
| NAME<br>KOWALCZYK, Joseph | | OFFICER<br>Sarah A. Reinkensmeyer | JUDGE<br>Sean F. Cox | DOCKET #<br>21-CR-20638-01 |

| ORIGINAL SENTENCE DATE<br>08/19/2022<br><br>COMMENCED<br>08/19/2022<br><br>EXPIRATION<br>08/18/2024 | SUPERVISION TYPE<br>Probation | CRIMINAL HISTORY CATEGORY<br>I | TOTAL OFFENSE LEVEL<br>VI | PHOTO |
|---|---|---|---|---|
| ASST. U.S. ATTORNEY<br>Alyse Wu | | DEFENDANT ATTORNEY<br>Sara Garber | | |

**REPORT PURPOSE**

**ADMENDMENT TO THE VIOLATION PETITION FILED ON FEBRUARY 20, 2024**

**(Please note that the amended information is underlined)**

**ORIGINAL OFFENSE**

Count One: 18 U.S.C. § 87(c), Interstate Communications with a Threat to Injure

**SENTENCE DISPOSITION**

Probation for a term of 24 months.

**ORIGINAL SPECIAL CONDITIONS**

1. You must make monthly installment payments on any remaining balance of the special assessment at a rate and schedule recommended by the probation department and approved by the Court.
2. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must not use or possess alcohol in any consumable form, nor shall you be in the social company of any person whom you know to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.
4. You must participate in a substance abuse treatment program and follow the rules and regulations of that program, which may include testing. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
5. You must take all mental health medications that are prescribed by your treating physician.
6. You must submit to substance abuse testing to determine if you have used a prohibited substance.

Criminal Monetary Penalty: Special Assessment $100.00 (Paid)

| PROB 12C-2 (Rev. 08/18) | **AMENDED VIOLATION REPORT** <br> **PART I: PETITION FOR WARRANT** | **U. S. Probation Office** <br> Eastern District of Michigan | **PACTS** <br> 6982083 | **DATE** <br> 01/23/2025 |
|---|---|---|---|---|
| **NAME** <br> KOWALCZYK, Joseph | **OFFICER** <br> Sarah A. Reinkensmeyer | | **JUDGE** <br> Sean F. Cox | **DOCKET #** <br> 21-CR-20638-01 |

The probation officer believes that the offender has violated the following conditions of Probation:

[ X ]  New Criminal Charges            [ X ]  Violent Conduct

[  ]  Whereabouts Unknown (Absconder)   [  ]  Other

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." <br><br> On February 12, 2024, information was received from the Federal Bureau of Investigations (FBI) regarding JOSEPH KOWALCZYK. On February 8, 2024, the FBI National Threat Operations Center received an online tip regarding threatening posts on Snapchat by username, Kamikaze9112021, who allegedly posted videos showing how to build explosives, encouraging others to commit attacks, and threatened to attack mental health hospitals and schools in the State of Michigan. The videos included KOWALCZYK saying he did not blame school shooters and that they should all get together and shoot up schools on the same day and time because the government could not handle it all at once. He went on to say that they needed to aim for higher kill rates. He stated he had a plan to change the world and could not say what it was, just that he needed to get materials first. He planned on targeting mental health facilities first and if that did not work, his next plan was to overthrow the government. He stated he needs help with his plan or at least needs people to spread the message. He stated he does not care if he dies, but the least he could do is die while trying to make the world a better place. <br><br> This matter remains under the investigation of the Federal Bureau of Investigations with the possibility of new formal charges. <br><br> <u>As of January 16, 2025, the Federal Bureau of Investigations has not brought forth new criminal charges regarding the above incident.</u> |
| 2 | **Violation of Special Condition:** "YOU MUST PARTICIPATE IN MENTAL HEALTH TREATMENT AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER IN CONSULTATION WITH THE TREATMENT PROVIDER, WILL SUPERVISE, YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.)." <br><br> KOWALCZYK is not compliant with mental health treatment. He was previously receiving treatment services at the Hope Network in Mount Clemens, Michigan. On December 11, 2023, he reported to the probation office and noted that he stopped attending treatment because he had full control of his mental health. Additionally, he claimed he stopped taking psychotropic |

| PROB 12C-2 (Rev. 08/18) | **AMENDED VIOLATION REPORT** **PART I: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6982083 | DATE 01/23/2025 |
|---|---|---|---|---|
| **NAME** KOWALCZYK, Joseph | **OFFICER** Sarah A. Reinkensmeyer | **JUDGE** Sean F. Cox | **DOCKET #** 21-CR-20638-01 | |

medications over a year ago because he did not like the way it made him feel. In December of 2023, KOWALCZYK was referred to Shanle Psychological Services (Grosse Pointe Park, Michigan) for a mental health evaluation. He missed two consecutive appointments and is scheduled for third appointment on February 21, 2024.

<u>On February 21, 2024, KOWALCZYK was terminated from Shanle Psychological Services due to his custody status. An assessment was never completed.</u>

On February 19, 2024, documentation was received from the Hope Network in Mount Clemens, Michigan. KOWALCZYK started receiving mental health, psychiatric, and case management services with this agency in September of 2022 and was terminated on October 17, 2023, due to inactivity.

On December 21, 2023, KOWALCZYK was admitted to the Behavioral Center of Michigan (Warren, Michigan) after he reportedly informed a gas station attendant that he wanted to kill himself. On December 29, 2023, he was discharged from the Behavioral Center. He was provided with a psychiatric follow-up appointment with New Oakland Family Center on January 25, 2024, however, KOWALCZYK failed to attend this appointment.

**3**     **Violation of Standard Condition No. 13:** "YOU MUST FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER RELATED TO THE CONDITIONS OF SUPERVISION."

On December 11, 2023, KOWALCZYK was directed by the Probation Department to not have any contact with his ex-girlfriend or anyone who asked him to not contact them. Additionally, on December 12, 2023, this directive was reinforced when KOWALCZYK was again instructed to refrain from having any contact with his ex-girlfriend.

On February 19, 2024, the Probation Department received information from the Federal Bureau of Investigations that KOWALCZYK wrote a letter to his ex-girlfriend on December 16, 2023. Additionally, he sent her numerous text messages from December 30, 2023, through December 31, 2023.

| I declare under penalty of perjury that the foregoing is true and correct. **SENIOR PROBATION OFFICER** s/Sarah A. Reinkensmeyer/mt/slg/djl 313-234-5443 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas 313-234-5272 | **PROBATION ROUTING** Data Entry |

| PROB 12C-2 (Rev. 08/18) | **AMENDED VIOLATION REPORT** <br> **PART I: PETITION FOR WARRANT** | **U. S. Probation Office** <br> Eastern District of Michigan | PACTS <br> 6982083 | DATE <br> 01/23/2025 |
|---|---|---|---|---|
| **NAME** <br> KOWALCZYK, Joseph | **OFFICER** <br> Sarah A. Reinkensmeyer | **JUDGE** <br> Sean F. Cox | | **DOCKET #** <br> 21-CR-20638-01 |

**RECOMMENDING TO THE COURT**

[ X ]  The above charges as an amendment to the Petition for an Emergency Warrant filed on February 12, 2024.

## Superseding Violation Report will follow

**THE COURT ORDERS:**

[ ]  Other




s/Sean F. Cox
Chief United States District Judge

1/31/2025
Date

Page **4** of **4**